# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2015

152247

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SC: 152247
COA: 320560
Kent CC: 13-000380-FH

AMDEBIRHAN ABDERE ALEMU,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the July 7, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order, and shall include among the issues to be briefed: (1) whether the plea bargain's stipulation that the People would take "no position on 7411" precludes the People from filing this application; and (2) whether the People's formal adoption of "no position" in the Court of Appeals waived their ability to request relief in this Court. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2015



a1118

Clerk